ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SALVADOR E. CHAVEZ,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL A. MELOSKY, Warden,<br><br>Respondent. | Case No. CV 09-00543 JSL (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Failure to Obtain Prior Authorization from the Ninth Circuit.

DATED: February 9, 2009

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 10 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE